# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 735 MAL 2014
: 
              Petitioner     : Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
: 
         v.            :
: 
: 
: 
2010 BUICK ENCLAVE VIN     :
#GALRBED8J122029 $36,900.00 IN U.S. :
CURRENCY, ONE (1) SPRINGFIELD  :
9MM PISTOL, SERIAL #972758, A    :
MAGAZINE AND AMMUNITION,    :
: 
         Respondents    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.